UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA

No. 15-cr-20351

v.

Hon. Victoria A. Roberts

D-1 SHAHID TAHIR,

    Defendant.
_____/

## AMENDED DISCOVERY NOTICE

1. The attorney for the government knows that the defendant made

    a. relevant written or recorded statements (including grand jury testimony) and/or

    b. relevant oral statements made in response to interrogation, whether before or after arrest, by a person then known to the defendant to be a government agent, whether or not the statement is included in a written record, as follows:

| Date | Agent/Agency | Type | Not Applicable __ |
|---|---|---|---|
| 09/11/2012 | Brian Fairweather, FBI<br>Gary Francis, FBI | FD-302a | |
| Multiple dates | FBI and HHS-OIG | Recorded statements made during interactions with confidential sources | |

2. The attorney for the government knows that defendant has a prior criminal record:
   NO  X      YES

3. The following books, papers, documents, photographs and tangible objects are within the possession, custody or control of the government and are

1

intended to be used as evidence in chief at trial, are known to the government to be material to the preparation of the defense, or were obtained from or belong to the defendant:

- Documents and billing data provided by Medicare;
- Bank records;
- Travel records;
- Items seized during the execution of search warrants at the following locations:
    - At Home Network, Inc., 20282 and 20284 Middlebelt Road, Livonia, Michigan
    - Waseem Alam, M.D., P.C., 43344 Woodward Avenue, Bloomfield Hills, Michigan
    - Woodward Urgent Care PLLC, 43344 Woodward Avenue, Bloomfield Hills, Michigan
    - 3840 Manchester Court, Bloomfield Hills, Michigan
    - 92 Millstone Drive, Troy, Michigan
    - 6701 Stonebridge Court, West Bloomfield, Michigan
    - Hatem M. Ataya, M.D., P.C., 971 Baldwin Street, Lapeer, Michigan
    - Hatem M. Ataya, M.D., P.C., 3400 Fleckenstein Drive, Flint, Michigan
    - Hatem M. Ataya, M.D., P.C., 3390 North State Road, Davison, Michigan
    - Hatem M. Ataya, M.D., P.C., 5097 Miller Road, Flint, Michigan
    - 2591 South Shore Drive, Flushing, Michigan
    - 3390 North State Road, Suite C, Davison, Michigan
    - Storage room within 3390 North State Road, Davison, Michigan
    - Black Mercedes Benz sedan with Michigan license plate number CJZ2104
    - gotherapy@yahoo.com
    - nasima.ahmed0@gmail.com
    - shahidtahir@comcast.net
    - House Calls Physicians, PLLC, 6842 Park Avenue, Allen Park, Michigan
    - Advanced Medical Billing Professionals, LLC, 6842 Park Avenue, Suite 3, Allen Park, Michigan
    - Home Physician Services, P.C., 17520 West 12 Mile

        Road, Suites 109 and 111
including patient files, patient charts, and other medical records, payroll information, personal financial documents, checks, miscellaneous business information binders, employee verification files, corporate documents, activity logs, faxes, contact lists, prescriptions and prescription records, business records, employee files, correspondence, invoices, electronic media and storage devices, accounting records, billing records, and other miscellaneous items and documents;

- Photographs of premises taken during execution of search warrants.

4. Results or reports of the following physical or mental examinations, or scientific tests or experiments, are within the possession, custody or control of the government, and are either intended to be used as evidence in chief at trial or are known to the government to be material to the preparation of the defense: N/A

5. The government intends to introduce at trial testimony from one or more experts in the following areas of expertise: N/A at this time

6. The government may introduce evidence obtained from execution of the following search warrants:

| Date(s) | Address/Location | Docket Number(s) |
|---|---|---|
| 06/16/2015 | At Home Network, Inc., 20282 and 20284 Middlebelt Road, Livonia, Michigan | 15-mc-50783-D |
| 06/16/2015 | Waseem Alam, M.D., P.C., 43344 Woodward Avenue, Bloomfield Hills, Michigan | 15-mc-50783-E |
| 06/16/2015 | Woodward Urgent Care PLLC, 43344 Woodward Avenue, Bloomfield Hills, Michigan | 15-mc-50783-F |
| 06/16/2015 | 3840 Manchester Court, Bloomfield Hills, Michigan | 15-mc-50783-G |

3

| | | |
|---|---|---|
| 06/16/2015 | 92 Millstone Drive, Troy, Michigan | 15-mc-50783-H |
| 06/16/2015 | 6701 Stonebridge Court, West Bloomfield, Michigan | 15-mc-50783-I |
| 06/02/2015 | Hatem M. Ataya, M.D., P.C., 971 Baldwin Street, Lapeer, Michigan | 15-mc-50777 |
| 06/02/2015 | Hatem M. Ataya, M.D., P.C., 3400 Fleckenstein Drive, Flint, Michigan | 15-mc-50777-A |
| 06/02/2015 | Hatem M. Ataya, M.D., P.C., 3390 North State Road, Davison, Michigan | 15-mc-50777-B |
| 06/02/2015 | Hatem M. Ataya, M.D., P.C., 5097 Miller Road, Flint, Michigan | 15-mc-50777-C |
| 06/02/2015 | 2591 South Shore Drive, Flushing, Michigan | 15-mc-50777-D |
| 06/02/2015 | 3390 North State Road, Suite C, Davison, Michigan | 15-mc-50783 |
| 06/02/2015 | Storage room within 3390 North State Road, Davison, Michigan | 15-mc-50783-A |
| 06/02/2015 | Black Mercedes Benz sedan with Michigan license plate number CJZ2104 | 15-mc-50783-B |
| 01/16/2015 | Waseem Alam, M.D., P.C., 43344 Woodward Avenue, Bloomfield Hills, Michigan | 14-mc-51592-C |
| 11/20/2014 | gotherapy@yahoo.com | 14-mc-51592 |

4

| | | |
|---|---|---|
| 11/20/2014 | nasima.ahmed0@gmail.com | 14-mc-51592-A |
| 11/20/2014 | shahidtahir@comcast.net | 14-mc-51592-B |
| 09/20/2012 | House Calls Physicians, PLLC, 6842 Park Avenue, Allen Park, Michigan | 12-mc-51300-B |
| 09/20/2012 | Advanced Medical Billing Professionals, LLC, 6842 Park Avenue, Suite 3, Allen Park, Michigan | 12-mc-51300-D |
| 09/11/2012 | Home Physician Services, P.C., 17520 West 12 Mile Road, Suites 109 and 111, Southfield, Michigan | 12-mc-50403-B |

7. The government may introduce evidence obtained through wiretaps or other electronic surveillance:

   Type: (wiretap, bug, etc.)        Docket Number(s)        Not Applicable __

   Consensual recordings on        N/A
   multiple dates

8. The government intends to offer evidence under Rule 404(b), Fed. R. Evid.
   Yes __        No __        Unsure X

9. The attorney for the government is aware of the obligations imposed by <u>Brady v. Maryland</u>, 373 U.S. 83 (1963), and its progeny and will comply with their obligation to provide defense counsel with exculpatory evidence that is material to either guilt or to punishment in time for effective use at trial.

   If the government discovers additional information of the type described in Paragraphs One through Nine, it will advise defense counsel in writing.

   Upon specific request of the defendant, the government will make available

for inspection or copying the items described in Paragraphs One, Three, and Four; will furnish the record referred to in Paragraph Two; will provide a summary (which will include the witnesses' qualifications, opinions, and the bases and reasons for the opinions) of the anticipated testimony described in Paragraph Five; and will provide notice of the general nature of the evidence referred to in Paragraph Eight. The government's compliance with any specific request will trigger the defendant's duty to provide the reciprocal discovery denoted in Fed. R. Crim. P. 16(b)(1)(A)-(C). If the defendant makes a general request for discovery the government will construe it as a request for each item described in Fed. R. Crim. P. 16(a)(1)(A)-(E). The government's compliance with the defendant's general request will trigger the defendant's duty to provide reciprocal discovery of each item specified in Fed. R. Crim. P. 16(b)(1)(A)-(C).

                                              Barbara L. McQuade
                                              United States Attorney

                                              <u>s/Matthew C. Thuesen</u>
                                              Matthew C. Thuesen
                                              Trial Attorney
                                              U.S. Department of Justice
                                              Criminal Division, Fraud Section
                                              1400 New York Ave., N.W.
                                              Bond Building, Fourth Floor
                                              Washington, D.C. 20005
                                              Phone: 202-679-4187
Dated: June 25, 2015                   E-Mail: matthew.thuesen@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that, on June 25, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF, which will send notification of such filing to the following:

Harold Z. Gurewitz
Gurewitz & Raben, PLC
333 W. Fort Street Suite 1400
Detroit, MI 48226
*Counsel for Defendant Shahid Tahir*

                                              s/Matthew C. Thuesen
                                              Matthew C. Thuesen
                                              Trial Attorney
                                              U.S. Department of Justice
                                              Criminal Division, Fraud Section
                                              1400 New York Ave., N.W.
                                              Bond Building, Fourth Floor
                                              Washington, D.C. 20005
                                              Phone: 202-679-4187
                                              E-Mail: matthew.thuesen@usdoj.gov