UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                Plaintiff(s),                        Case No.  15-20351

v.                                        Honorable  Victoria A. Roberts

SHAHID TAHIR, WASEEM ALAM, HATEM
ATAYA, MANAWAR JAVED, MUHAMMAD TARIQ

                Defendant(s).

_____/

## ORDER RE: DISQUALIFICATION OF JUDGE

Pursuant to 28 U.S.C. § 455, I hereby DISQUALIFY myself from the above-styled case.

IT IS ORDERED that in accordance with E.D. Mich. LCrR 57.10(c), this case be reassigned by blind draw to another judge of this court.

Date:  June 24, 2015 _____              s/Victoria A. Roberts _____
                                                      Victoria A. Roberts
                                                      U.S. District Judge

Pursuant to this order, this case is reassigned to Judge _Sean F. Cox_____.
Case assignment credit will be given to the appropriate Judicial Officers.

## Certificate of Service

I hereby certify that on this date a copy of the foregoing Order was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

Date:  June 26, 2015 _____              s/ S Schoenherr _____
                                                           Deputy Clerk