UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA

    v.

D-1 SHAHID TAHIR,
D-2 WASEEM ALAM, M.D.,
D-3 HATEM ATAYA, M.D.,
D-4 MANAWAR JAVED, and
D-5 MUHAMMAD TARIQ,

    Defendants.
_____/

No. 15-cr-20351

Hon. Sean F. Cox

## ORDER ADJOURNING TRIAL DATE
## AND FINDING EXCLUDABLE DELAY

Upon consideration of Defendants' unopposed oral motion for an adjournment, and for the reasons stated from the bench during the hearing held on July 15, 2015,

**IT IS ORDERED** that the jury trial scheduled for this matter is adjourned from August 11, 2015, **to April 5, 2016, at 8:30 am.**

**IT IS FURTHER ORDERED** that a status conference will occur on **October 16, 2015, at 2:00 pm.**

**IT IS FURTHER ORDERED** that, for the reasons stated during the hearing held on July 15, 2015, the ends of justice served by delaying the trial until April 5, 2016, outweigh the interests of Defendants and of the public in a speedy

trial and that the time period from July 15, 2015, through April 5, 2016, is deemed excludable delay under the Speedy Trial Act, 18 U.S.C. § 3161(h), and specifically by reason of 18 U.S.C. § 3161(h)(7).

**SO ORDERED**

Dated:  July 21, 2015                           s/ Sean F. Cox
                                                Judge Sean F. Cox
                                                United States District Judge


I hereby certify that on July 21, 2015, the document above was served on counsel and/or the parties of record via electronic means and/or First Class Mail.

                                                s/ Jennifer McCoy
                                                Case Manager