UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,
             Plaintiff,                        Criminal No. 15-cr-20351

v.

                                           Hon. Victoria A. Roberts

D-1   SHAHID TAHIR,
D-2   WASEEM ALAM, M.D.,
D-3   HATEM ATAYA, M.D.,
D-4   MANAWAR JAVED,
D-5   MUHAMMAD TARIQ,

             Defendants.

_____/

## NOTICE OF CHANGE OF ASSISTANT U.S. ATTORNEY

**To:   Attorney Admission Clerk and All Other Parties**

Please take notice of the following change(s) of Assistant U.S. Attorney(s) of record for the above-captioned case:

*Add the following AUSA(s):*

Name:        Julie A. Beck
Bar ID:       P53291
Telephone:  (313) 226-9717
Fax:         (313) 226-3800
Email:       julie.beck@usdoj.gov

*Terminated the following AUSA(s):*

Name:       NONE
Telephone:

s/Julie A. Beck
Julie A. Beck (P53291)
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, Michigan 48226
(313) 226-9717
Dated: August 28, 2015          julie.beck@usdoj.gov